MICHAEL M. POLLAK (SBN 90327)                           **MADE JS-6**
POLLAK, VIDA & FISHER
Attorneys at Law
11150 West Olympic Boulevard, Suite 980
Los Angeles, California  90064-1839
Telephone (310) 551-3400
Facsimile (310) 551-1036
em: mmp@pvandf.com

Attorneys for Defendant Allstate Insurance Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY, an Ohio Corporation, | CASE NO. CV 09-1767-GW(VBKx) |
| Plaintiff, | Action Filed: February 11, 2009 |
| vs. | **JUDGMENT** |
| DYLAN FORSHPAN; MORTON FORSHPAN; ALLSTATE INSURANCE COMPANY; DOES 1 through 10 inclusive, | |
| Defendants. | |

The Court having granted the motion for summary judgment of defendant Allstate Insurance Company on September 10, 2009, now hereby enters judgment in favor of defendant Allstate Insurance Company and against plaintiff Scottsdale

1    Indemnity Company.

2

3

4    DATED:  September 21, 2009                _____

5                                              George H. Wu
                                               United States District Court Judge
6

7

8
     S:\GW\CIVIL\Scottsdale Indemnity Co 09-1767\LA09CV01767GW-J.wpd
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28